# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EPSILON ENERGY USA, INC., | : |
| Plaintiff, | : |
| v. | : |
| CHESAPEAKE APPALACHIA, LLC, | : |
| Defendant. | : Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 11th day of March, 2021, upon consideration of Plaintiff's ex parte motion for leave to file documents under seal, and after conducting an individualized assessment of the documents that Plaintiff wishes to seal, the court finds that sealing and redaction as proposed by Plaintiff is appropriate to protect confidential information pertaining to both parties' business planning and strategies. Accordingly, the documents will be sealed because the compelling interest in protecting confidential information overcomes the presumption of public access to judicial records in this instance.

**IT IS THEREFORE ORDERED THAT** Plaintiff's ex parte motion for leave to file documents under seal is **GRANTED**. Accordingly, **IT IS ORDERED AS FOLLOWS:**

1. Epsilon may file its complaint and memorandum in support of its motion for preliminary injunction in redacted form and may file under seal certain

exhibits to the complaint which have been designated by the parties as "confidential."

2. This order may be vacated and any or all documents may be unsealed upon good cause shown by any party or other person with a recognized interest, or on the court's own motion following due notice to the parties.

3. All documents filed under seal shall remain sealed until further order of the court.

4. Plaintiff shall immediately serve Defendant with a copy of this order.

s/Jennifer P. Wilson  
JENNIFER P. WILSON  
United States District Court Judge  
Middle District of Pennsylvania