IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Epsilon Energy USA Inc,

        **Plaintiff(s),**

v.

Chesapeake Appalachia, LLC

        **Defendant(s)/**
        **Third-Party Plaintiff(s),**

v.

        **Third-Party Defendant(s).**

Civil Action No. _____

**DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1**
(Civil Action)

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, __Plaintiff__,
                                                                                          (type of party)
who is __Epsilon Energy USA, Inc.__, makes the following disclosure:
           (name of party)

1. Is the party a non-governmental corporate party?

    ☑ YES   ☐ NO

2. If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

There is no such corporation.

3. If the answer to Number 1 is "yes," list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

There is no such corporation.

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

/s/ Gregory J. Krock
Signature of Counsel for Party

Date: 03/09/2021