# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EPSILON ENERGY USA, INC., <br><br> Plaintiff, <br><br> v. <br><br> CHESAPEAKE APPALACHIA, LLC, <br><br> Defendant. | Civil Action No. <br> Judge |

## MOTION FOR LEAVE TO SERVE LIMITED EXPEDITED DISCOVERY

Plaintiff Epsilon Energy USA, Inc. ("Epsilon"), by and through its undersigned counsel, respectfully moves this Court for leave to conduct limited expedited discovery to support its claims for a preliminary injunction as forwarded in Epsilon's Memorandum in Support of Motion for Preliminary Injunction ("Injunction Motion"). ECF No. 6. In support of this motion, Epsilon refers the Court to its Memorandum in Support, filed contemporaneously herewith.

WHEREFORE, for the reasons stated in the accompanying Memorandum in Support of Motion for Leave to Conduct Limited Expedited Discovery, Epsilon respectfully requests this Court enter an Order granting it leave to serve the Requests for Production attached to its Memorandum in Support as Exhibit A and that Defendant Chesapeake Appalachia, LLC be ordered to provide responsive documents within seven (7) days of service.

1

Dated: March 9, 2021

Respectfully submitted,

/s/ Gregory J. Krock
Gregory J. Krock
Pa. I.D. No. 78308
Elizabeth M. Thomas
Pa. I.D. No. 322002

MCGUIREWOODS LLP
Tower Two-Sixty
260 Forbes Avenue, Suite 1800
Pittsburgh, PA 15222-3142
(412) 667-6000 (Telephone)
(412) 667-6050 (Facsimile)
gkrock@mcguirewoods.com
ethomas@mcguirewoods.com

Jonathan T. Blank
*Pro Hac Vice Request Forthcoming*
MCGUIREWOODS LLP
652 Peter Jefferson Parkway
Suite 350
Charlottesville, VA 22911
(434) 977-2500 (Telephone)
(434) 980-2222 (Facsimile)
jblank@mcguirewoods.com

*Counsel for Plaintiff Epsilon Energy USA, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **Motion for Leave to Serve Limited Expedited Discovery** has been served upon the following by mail, this 9th day of March 2021:

Chesapeake Appalachia, LLC
c/o The Corporation Company
1833 S. Morgan Road
Oklahoma City, OK 73128

*/s/ Gregory J. Krock*
Gregory J. Krock