# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EPSILON ENERGY USA, INC., | : | Civil No. 1:21-CV-00433 |
| Plaintiff, | : | |
| v. | : | |
| CHESAPEAKE APPALACHIA, LLC, | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## **ORDER**

**AND NOW**, on this 11th day of March, 2021, upon consideration of Plaintiff's complaint, motion for preliminary injunction, and motion for expedited discovery, *see* Docs. 1, 7, 10, **IT IS ORDERED AS FOLLOWS:**

1. Plaintiff shall immediately effect service of the complaint (Doc. 1), the motion for preliminary injunction (Doc. 7), the motion for expedited discovery (Doc. 10), and this order upon Defendant, and, when identified, Defendant's counsel.

2. A telephonic status conference is scheduled for **Friday, March 26, 2021 at 10:00 a.m.** Plaintiff's counsel shall arrange a call-in number and pass code, and provide that information to the court and opposing counsel on or before March 24, 2021.

3. Plaintiff's counsel shall provide the court with proof of service prior to the aforementioned status conference.

                                                                s/Jennifer P. Wilson
                                                                JENNIFER P. WILSON
                                                                United States District Court Judge
                                                                Middle District of Pennsylvania