## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
MIDDLE District of Pennsylvania

Case Number: 1:21-CV-00433-JPW

Plaintiff:
**EPSILON ENERGY USA, INC.,**
vs.
Defendant:
**CHESAPEAKE APPALACHIA, LLC.,**

For: GREGORY J. KROCK
    MCGUIRE WOODS LLP

Received by Caplan, Caplan & Caplan Process Servers on the 10th day of March, 2021 at 1:36 pm to be served on **CHESAPEAKE APPALACHIA, LLC. C/O REGISTERED AGENT, THE CORPORATION COMPANY, 1833 S. MORGAN ROAD, OKLAHOMA CITY, OK 73128.** I, __Phil Spencer__, being duly sworn, depose and say that on the __12__ day of __March__, 20__21__ at __9:27__ a.m., executed service by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, VERIFIED COMPLAINT, EXHIBITS 1-16, MOTION FOR LEAVE TO SERVE LIMITED EXPEDITED DISCOVERY, BRIEF IN SUPPORT OF MOTION FOR LEAVE TO CONDUCT LIMITED EXPEDITED DISCOVERY, ORDER GRANTING MOTION FOR LEAVE TO CONDUCT LIMITED EXPEDITED DISCOVERY, EXHIBIT A, MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL, MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL, MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION, MOTION FOR PRELIMINARY INJUNCTION, MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION, DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1, ORDER AND ORDER RE STATUS CONFERENCE DATED MARCH 26, 2021 AT 10:00 A.M.** in accordance with state statutes in the manner marked below:

( ) **PUBLIC AGENCY:** By serving _____ as _____
Served the within-named agency by delivering a true copy of pleadings and informed said person of the contents therein, with the date, hour and intials of service endorsed thereon by me in compliance with State Statutes.

( ) **CORPORATE SERVICE/LLC:** By serving _____ as _____ Served the within-named person by delivering a true copy of pleadings and informed said person of the contents therein, with the date, hour and intials of service endorsed thereon by me in compliance with State Statutes.

(X) **CORPORATE REGISTERED AGENT:** By serving __Zac Yount__ as __person authorized__ Served the within-named person by delivering a true copy of pleadings and informed said person of the contents therein, with the date, hour and intials of service endorsed thereon by me in compliance with State Statutes.

( ) **CORPORATE REGISTERED AGENT EMPLOYEE:** By serving _____ as _____ Served the named person by delivering a true copy of pleadings and informed person of the contents therein, with the date, hour and intials of service endorsed thereon by me in compliance with F.S. 48.081 (3)(a) and F.S. 48.091 as the registered agent failed to comply by not being available for service between the hours of 10 am and 12 pm.

( ) **CORPORATE SUBSTITUTE:** By serving _____ as _____ Served the named person at a residence by delivering a true copy of pleadings and informed person of the contents therein, with the date, hour and intials of service endorsed thereon by me in compliance with F.S. 48.081(3)(b) and 48.031(1)(a) as the registered agent failed to comply by not being available for service between the hours of 10 am and 12 pm.

( ) **NON SERVICE:** For the reason detailed in the Comments below.

**COMMENTS:**

## AFFIDAVIT OF SERVICE For 1:21-CV-00433-JPW

_____
_____
_____
_____

Under penalties of perjury, I declare that I have read the foregoing Affidavit of Service / Return of Service and that the facts stated in it are true. I certify that I have no interest in the above action, am of legal age and service was made within this state by an officer authorized to serve process where the person was served.

Subscribed and Sworn to before me on the 12 day of March, 2021 by the affiant who is personally known to me.

NOTARY PUBLIC

[Notary Seal: JERRY M. FREELAND, NOTARY PUBLIC, STATE OF OKLAHOMA]

PROCESS SERVER # PSS 2020-8
Appointed in accordance with State Statutes

Caplan, Caplan & Caplan Process Servers
12555 Orange Drive
Suite 106
Davie, FL 33330
(305) 374-3426

Our Job Serial Number: 2021007241

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1t