IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EPSILON ENERGY USA, INC., | : |
| Plaintiff, | : |
| v. | : NO. 21-CV-433 |
| CHESAPEAKE APPALACHIA, L.L.C., | : JUDGE WILSON |
| Defendant. | : ELECTRONICALLY FILED |

## ENTRY OF APPEARANCE

Kindly enter our appearance as counsel for Defendant Chesapeake Appalachia, L.L.C. in the above-referenced mater.

Respectfully submitted:

/s/ Daniel T. Brier
Daniel T. Brier (PA ID 53248)
dbrier@mbklaw.com
John B. Dempsey (PA ID 88017)
jdempsey@mbklaw.com
Nicholas F. Kravitz (PA ID 205866)
nkravitz@mbklaw.com
Richard L. Armezzani (PA ID 322804)
rarmezzani@mbklaw.com

Attorneys for Defendant,
Chesapeake Appalachia, L.L.C.

Myers Brier & Kelly, LLP
425 Spruce Street, Suite 200
Scranton, PA 18503
570-342-6100

Date: March 23, 2021

# CERTIFICATE OF SERVICE

I, Daniel T. Brier, hereby certify that a true and correct copy of the forgoing Entry of Appearance was served upon the following counsel of record via the Court's ECF system on this 23rd day of March 2021:

>Gregory J. Krock, Esquire
>McGuireWoods LLP
>Tower Two-Sixty
>Pittsburgh, PA 15222
>
>Johnathan T. Blank
>McGuireWoods LLP
>Peter Jefferson Parkway, Suite 350
>Chartlottesville, VA 22911

/s/ Daniel T. Brier
Daniel T. Brier