# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EPSILON ENERGY USA, INC., | : | |
| Plaintiff, | : | |
| v. | : | NO. 1:21-cv-00433 |
| CHESAPEAKE APPALACHIA, L.L.C., | : | JUDGE WILSON |
| Defendant. | : | ELECTRONICALLY FILED |

## NOTICE OF RELATED FILINGS IN FORM OF EMERGENCY MOTION TO ENFORCE BANKRUPTCY CONFIRMATION ORDER

Defendant Chesapeake Appalachia, L.L.C. ("Chesapeake") hereby provides the Court with Notice of Related Filings in the United States Bankruptcy Court for the Southern District of Texas as follows:

1. On March 8, 2021, two days before commencing this action, Epsilon Energy USA, Inc. ("Epsilon") filed a Reservation of Rights to Assert Administrative Expense Claim in the United States Bankruptcy Court for the Southern District of Texas (ECF No. 3186) in the matter captioned *In re: Chesapeake Energy Corporation, et al.*, Case No. 20-33233 (DRJ). A true and correct copy of Epsilon's Reservation of Rights to Assert Administrative Expense Claim is attached hereto as Exhibit A.

2.      On March 24, 2021, Chesapeake filed a Reorganized Debtor's Emergency Motion to Enforce Confirmation Order (ECF No. 3310) (the "Emergency Motion") in the United States Bankruptcy Court for the Southern District of Texas in the matter captioned *In re: Chesapeake Energy Corporation, et al.*, Case No. 20-33233 (DRJ).  In the Emergency Motion, the Reorganized Debtor asserts, *inter alia*, that Epsilon's action in this Court violates the injunction provisions of the Bankruptcy Court's Plan and Confirmation Order.  A true and correct copy of the Emergency Motion is attached hereto as Exhibit B.

3.      A hearing on the Emergency Motion will occur in the United States Bankruptcy Court for the Southern District of Texas on Tuesday, March 30, 2021 at 11:30 am CST.  (*See* Emergency Motion at 1).

WHEREFORE, Chesapeake Appalachia L.L.C. hereby provides the Court

with Notice of Related Filings in the United States Bankruptcy Court for the Southern District of Texas.

                Respectfully submitted:

                /s/ John B. Dempsey
                Daniel T. Brier
                John B. Dempsey
                Nicholas F. Kravitz
                Richard L. Armezzani

                Myers, Brier & Kelly, LLP
                425 Spruce Street, Suite 200
                Scranton, PA  18503
                (570) 342-6100

                Attorneys for Defendant, Chesapeake Appalachia, L.L.C.

Dated:  March 25, 2021

# **CERTIFICATE OF SERVICE**

I, John B. Dempsey, hereby certify that a true and correct copy of the foregoing Notice of Related Filings was served upon the following counsel of record via electronic mail on this 25th day of March 2021:

>Gregory J. Krock, Esquire
>Elizabeth M. Thomas, Esquire
>McGuireWoods LLP
>Tower Two-Sixty
>Pittsburgh, PA  15222
>
>Johnathan T. Blank, Esquire
>McGuireWoods LLP
>Peter Jefferson Parkway, Suite 350
>Charlottesville, VA 22911

>>/s/ John B. Dempsey
>>John B. Dempsey