IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EPSILON ENERGY USA, INC., | : | Civil No. 1:21-CV-00433 |
| Plaintiff, | : | |
| v. | : | |
| CHESAPEAKE APPALACHIA, LLC, | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 26th day of March, 2021, as discussed during the status conference on March 26, 2021, **IT IS ORDERED AS FOLLOWS:**

1. On or before **April 1, 2021**, the parties shall report to the court as to whether Defendant has agreed to sign the SRBC letter discussed during the March 26, 2021 status conference.

2. If no agreement has been reached regarding the SRBC letter, Plaintiff shall file a letter brief as to its request to compel Defendant to sign the SRBC letter on or before **April 2, 2021 at 12:00 p.m.** Defendant may file a letter brief in opposition to Plaintiff's letter brief on or before **April 5, 2021 at 12:00 p.m.** Plaintiff may then file a reply letter brief on or before **April 6, 2021 at 12:00 p.m.**

3. All of the letter briefs mentioned in the preceding paragraph shall be no more than **three** pages in length, and may be single-spaced at counsel's discretion.

4. Defendant's unopposed motion for extension of time (Doc. 22) is **GRANTED**. The briefing schedules regarding Plainiff's motion for expedited discovery and Plaintiff's motion for preliminary injunction are extended as set forth below.

5. Defendant's brief in opposition to Plaintiff's motion for expedited discovery (Doc. 10) shall be filed on or before **April 5, 2021**. Plaintiff may file a reply brief in support of the motion for expedited discovery on or before **April 9, 2021**.

6. Defendant's brief in opposition to Plaintiff's motion for preliminary injunction (Doc. 7) shall be filed on or before **April 9, 2021**. Plaintiff may file a reply brief in support of the motion for preliminary injunction on or before **April 16, 2021**.

7. A hearing on Plaintiff's motion for preliminary injunction is **SCHEDULED** for **April 27, 2021 at 9:30 a.m.** All logistics for the preliminary injunction hearing, including whether the hearing will proceed in person or remotely, shall be determined at a later date.

        s/Jennifer P. Wilson
        JENNIFER P. WILSON
        United States District Court Judge
        Middle District of Pennsylvania