# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EPSILON ENERGY USA, INC., | : | Civil No. 1:21-CV-00433 |
| Plaintiff, | : | |
| v. | : | |
| CHESAPEAKE APPALACHIA, LLC, | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 6th day of April, 2021, upon consideration of Plaintiff's notice of voluntary dismissal, *see* Doc. 31, **IT IS ORDERED THAT** this case is **DISMISSED WITHOUT PREJUDICE**.  The Clerk of Court is directed to close the case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania